UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No:
22-11893-ADB

Mamnoon Ahmad Khan

v.

Sedgwick Claims Management, Inc. et al

SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

The Court having been advised by counsel that the above captioned action has settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

By the Court,

/s/ Karen Folan
Deputy Clerk

11/28/2025

To: All Counsel